1

2

3

4      **UNITED STATES DISTRICT COURT**

5          **DISTRICT OF NEVADA**

6                          * * *

7   PERCY LAVAE BACON,              )
                                    )        2:05-CV-01267-PMP-GWF
8          Plaintiff,               )
                                    )
9   vs.                             )
                                    )        **ORDER**
10  RANDY LAWELL, STEPHEN C.        )
    WEBSTER, et al.,                )
11                                  )
                                    )
12                                  )
           Defendants.              )
13  _____  )

14          On January 26, 2006, this Court entered an Order (Doc. #9) granting

15  Defendants' Motion to Dismiss Plaintiff's Complaint.  On February 22, 2006, the

16  Court entered judgment in favor of Defendants and against Plaintiff (Doc. #10).  No

17  appeal was taken by Plaintiff Bacon from the ruling of this Court dismissing his

18  Complaint.

19          Nearly, five years later, on November 19, 2010, Plaintiff Bacon filed the

20  following three Motion's:

21          (Doc. #16) Motion to Amend/Correct Complaint;

22          (Doc. #17) Motion for Stipulation to Extend Time Beyond the
            Five Year Statute of Limitations to Bring a Matter to Trial; and
23
            (Doc. #18) Motion for an Order to Instruct the Clerk to Furnish
24          Plaintiff with Six File-Stamped Copies of Amended Complaint.

25  Having read and considered the foregoing, the Court finds the above Motions are

26  not appropriately filed in this action which has been closed for nearly a half of

decade.  If Plaintiff Bacon believes he has a basis for filing a new lawsuit, he certainly may attempt to do so.  However, trying to amend the complaint in a case which was dismissed in January 2006 is inappropriate.

**IT IS THEREFORE ORDERED that** Plaintiff Percy Bacon's Motion to Amend/Correct Complaint (Doc. #16), Motion for Stipulation to Extend Time Beyond the Five Year Statute of Limitations to Bring a Matter to Trial (Doc. #17), and Motion for an Order to Instruct the Clerk to Furnish Plaintiff with Six File-Stamped Copies of Amended Complaint (Doc. #18) are **DENIED**.

DATED:  November 29, 2010.

_____
PHILIP M. PRO
United States District Judge