# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PERCY LAVAE BACON,         ) | |
|           Plaintiff,       ) | 2:05-CV-01267-PMP-GWF |
| vs.                        ) | |
|                            ) | **ORDER** |
| RANDY LASWELL, STEPHEN C.  ) | |
| WEBSTER, et al.,           ) | |
|           Defendants.      ) | |

Before the Court for consideration is Plaintiff Bacon's Motion to Set Aside Judgment (Doc. #20), filed on December 10, 2010, and Defendants Randy Laswell and Stephen C. Webster's Response in Opposition thereto (Doc. #22). For the reasons set forth in Defendants' Response, and good cause appearing,

**IT IS ORDERED that** Plaintiff Bacon's Motion to Set Aside Judgment (Doc. #20) is **DENIED**.

DATED: December 28, 2010.

_____
PHILIP M. PRO
United States District Judge