# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PERCY LAVAE BACON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RANDY LASWELL, STEPHEN C. WEBSTER, et al.,<br><br>　　　　　Defendants. | 2:05-CV-01267-PMP-GWF<br><br>**ORDER** |

On January 14, 2011, Plaintiff Percy Lavae Bacon filed a Notice of Appeal (Doc. #28) from the judgment in this case,

**IT IS ORDERED that** Plaintiff Bacon's Motion for an Order to Apply the Equitable Tolling Doctrine and Or Equitable Estoppel Doctrine (Doc. #27) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff's Motion to Amend/Correct Complaint (Doc. #31) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff's Motion to Amend/Correct (Doc. #32) is **DENIED**.

DATED: January 24, 2011.

_____
PHILIP M. PRO
United States District Judge