# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PERCY LAVAE BACON, | 2:05-CV-01267-PMP-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| RANDY LASWELL, STEPHEN C. WEBSTER, et al., | |
| Defendants. | |

On April 12, 2012, Plaintiff Bacon filed a Motion for Status Check (Doc. #44) and Motion to Reopen Case (Doc. #45).

A review of the Court's file shows that this action was dismissed in 2006, and that all successive motions for relief have been denied. Additionally, Plaintiff's most recent Appeal was dismissed over seven months ago. Hence, the status of Plaintiff Bacon's case is that it is "Closed." Additionally, Bacon has presented no basis to reopen the action.

**IT IS THEREFORE ORDERED that** Plaintiff Bacon's Motion for Status Check (Doc. #44) and Motion to Reopen Case (Doc. #45) are **DENIED**.

DATED: April 16, 2012.

_____
PHILIP M. PRO
United States District Judge