UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PERCY LAVAE BACON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> NLVPO #1079 LAWELL, et al., ) <br> ) <br> Defendants. ) | 2:05-cv-01267-PMP-GWF <br><br> <u>ORDER</u> |

Having read and considered Plaintiff Percy Lavae Bacon's ("Bacon") fully briefed Motion to Set Aside Judgment (Doc. #47), and for the reasons set forth in Defendants' Opposition (Doc. #49),

IT IS ORDERED that Plaintiff's Motion to Set Aside Judgment (Doc. #47) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motions for Appointment of Counsel (Doc. #51), and for Extended Paperwork Copying (Doc. #52), are DENIED.

DATED: November 24, 2014

_____
PHILIP M. PRO
United States District Judge